ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

RAYMUNDO ALVAREZ ACOSTA (1)
GEORGE MEJIA (2)
  a.k.a. "Jorge Mejia"
SALVADOR PUENTES (3)
ERIC ALVIN JONES (4)
WILLIAM CASTILLO (5)
  a.k.a. "Diego"

CRIMINAL COMPLAINT
CASE NUMBER: 4:10MJ 95



U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 23 2010

BY DAVID J. MALAND, CLERK
DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 2010, up until the present, in the Eastern District of Texas and elsewhere, defendants RAYMUNDO ALVAREZ ACOSTA, GEGORE MEJIA, SALVADOR PUENTES, ERIC ALVIN JONES and WILLIAM CASTILLO did knowingly and intentionally combine, conspire, confederate, and agree together, with each other and other persons known and unknown to the affiant, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine and/or 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana all in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

*signature*
SA Tahariiq Gray, DEA
Complainant

Sworn to before me, and subscribed in my presence

April 23, 2010                               at         Plano, Texas

Date                                                    City and State

DON D. BUSH                                             *signature*
U. S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                      Signature of Judicial Officer